IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| WINONA FRAZIER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | 3:10-cv-76 (CAR) |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

_____

### ORDER ON THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 12] to uphold the Commissioner's final decision denying Plaintiff's application for disability benefits. No timely Objection to the Recommendation has been filed, and this Court, having considered the matter, agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; the final decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED**, this 10th day of February, 2012.

S/  C. Ashley Royal                                     
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH